McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-02-5408-OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF |
| | ) | FORFEITURE RE: PERSONAL PROPERTY |
| v. | ) | OF DEFENDANTS MARCO ANTONIO |
| | ) | NEGRETE-SAENZ, VICTOR SANCHEZ |
| MARCO ANTONIO NEGRETE-SAENZ, | ) | SEPULVEDA, AND GILBERTO |
| JESUS OLIVAREZ-VEGA, | ) | MALDONADO |
| aka Jesus Oliveras-Vega, | ) | |
| MANUEL SOLORZANO CONTINO, | ) | |
| aka Victor Sanchez | ) | |
| Sepulveda, | ) | |
| GILBERTO MALDONADO, and | ) | |
| JAVIER VILLAVICENCIO, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, on August 17, 2004, this Court entered a Preliminary Order of Forfeiture  Re: Personal Property of Defendants Marco Antonio Negrete-Saenz, Victor Sanchez Sepulveda, and Gilberto Maldonado, pursuant to the provisions of 21 U.S.C. § 853, based upon the guilty verdicts by a jury of violations of 21 U.S.C. §§ 841, 841(b)(1)(A), 841(c)(2), 843(b), and 846 by defendants Marco Antonio Negrete-Saenz, Victor Sanchez Sepulveda, and Gilberto Maldonado and the oral stipulation for forfeiture, forfeiting to the United States the following property:

   a. $10,600 in U.S. Currency;

   b. 2000 Chevrolet Pickup Truck, VIN No. 1GCEC14WXYZ217600, California License No. 6N47516; and,

   c. 1995 Chevrolet Suburban, VIN No. 1GNEC16K5SJ321306, California License No. 4WBG898.

 AND WHEREAS, on September 27, 2004, October 4, 2004 and October 11, 2004, the United States published notification of the Court's Preliminary Order of Forfeiture in The Modesto Bee (Stanislaus County), a newspaper of general circulation located in the county in which the above-described property was seized. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

 AND WHEREAS, the United States and Petitioner Ruesga's Used Cars, have entered into a stipulation for expedited settlement approved by the Court on January 18, 2005, regarding the personal property (hereafter "the Property") described as the 1995 Chevrolet Suburban, VIN No. 1GNEC16K5SJ321306, California License No. 4WBG898;

 AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject personal properties, and the time for any person or entity to file a claim has expired;

 Accordingly, it is hereby ORDERED and ADJUDGED:

 1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed personal properties pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and

1  interest of defendants Marco Antonio Negrete-Saenz, Victor Sanchez
2  Sepulveda, and Gilberto Maldonado.
3       2.   All right, title, and interest in the above-described
4  properties shall vest solely in the name of the United States of
5  America.
6       3.   The United States shall pay, upon entry of this Final
7  Order of Forfeiture and the sale of the Property, Petitioner
8  Ruesga's Used Cars from the proceeds of sale, after payment of
9  outstanding expenses incurred by the U.S. Marshals Service in
10 connection with its custody and sale of the Property, the
11 following:
12          a.   The amount of $3,629.92 in full settlement and
13               satisfaction of Ruesga's Used Cars claim against
14               the Property and of all claims arising from and
15               relating to the seizure, detention, and forfeiture
16               of the Property.
17      4.   The United States shall maintain custody of and control
18 over the subject personal properties until they are disposed of
19 according to law.
20      SO ORDERED THIS  22ND    day of   November  , 2005.
21
22                                   /s/ OLIVER W. WANGER
23                                   _____
24                                   OLIVER W. WANGER
                                     United States District Judge
25
26               CERTIFICATE OF REASONABLE CAUSE
27      Pursuant to the guilty verdicts by a jury and the oral
28 stipulation for forfeiture of defendants Marco Antonio Negrete-

Saenz, Victor Sanchez Sepulveda, and Gilberto Maldonado, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the above-described personal properties.

Dated: November 22, 2005      /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              United States District Judge

4