IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCO ANTONIO NEGRETE-SAENZ, <br><br> Defendant. | CASE NO. 1:02-CR-05408 - AWI - 1 <br><br> ORDER DENYING DEFENDANT'S SECOND MOTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) <br><br> (Doc. 421) |

The defendant has filed a second motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses. The Government has opposed the motion on the basis that the defendant remains ineligible for a reduction under U.S.S.G. § 1B1.10. The Court denied Defendant's previous motion on that basis. It explained that the quantity of methamphetamine involved in the transaction, approximately 15.5 kilograms, is not a drug quantity that falls into a lower sentencing level bracket by operation of Amendment 782. Nothing has changed. Defendant remains ineligible for a sentence reduction. Accordingly, Defendant's motion pursuant to Section 3582 is DENIED.

IT IS SO ORDERED.

Dated: December 6, 2017

_____
SENIOR DISTRICT JUDGE

1